UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ELAINA SEROTTE,<br><br>             Plaintiff,<br>  v.<br><br>MARIN COUNTY DISTRICT ATTORNEY, et al.,<br><br>             Defendants.<br>_____/ | No. C 10-04353 MEJ<br><br>**ORDER VACATING CMC** |

      This matter is currently scheduled for a case management conference on January 13, 2011. However, no case management statement has been filed and there is no indication that the defendants have been served. Accordingly, the Court VACATES the January 13 c.m.c. and ORDERS Plaintiff to file a status report by January 20, 2011.

      **IT IS SO ORDERED.**

Dated: January 7, 2011

                                                        _____
                                                        Maria-Elena James
                                                        Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California