UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| ELAINA SEROTTE,<br><br>　　　　　Plaintiff,<br>　v.<br>MARIN COUNTY DISTRICT ATTORNEY, et al.,<br><br>　　　　　Defendants.<br>_____/ | No. C 10-04353 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On September 27, 2010, Plaintiff filed the above-captioned complaint. As there is no indication that any of the defendants have been served, the Court ordered Plaintiff to file a status report by January 20, 2011. (Dkt. #4.) Plaintiff failed to respond.

Based on Plaintiff's inaction, the Court hereby ORDERS Plaintiff Fred Doyle Harden to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines. Plaintiff shall file a declaration by February 24, 2011, and the Court shall conduct a hearing on March 3, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: February 2, 2011

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge