IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELAINA SEROTTE,<br><br>  Plaintiff,<br><br>  v.<br><br>MARIN COUNTY DISTRICT ATTORNEY,<br><br>  Defendant.<br>_____ / | No. C 10-04353 WHA<br><br>**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION AND DISMISSING CASE FOR FAILURE TO PROSECUTE** |

The Court is in receipt of the report and recommendation by Magistrate Judge James. No objections to this report and recommendation were filed. This order **ACCEPTS** and **ADOPTS** the findings therein. The action is **DISMISSED** for failure to prosecute pursuant to FRCP 41(b). Judgment will be entered accordingly.

  **IT IS SO ORDERED.**

Dated: March 14, 2011.

  WILLIAM ALSUP
  UNITED STATES DISTRICT JUDGE